UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAKSHMI BALACHANDRA,<br>　　　Plaintiff,<br><br>v.<br><br>BABSON COLLEGE,<br>　　　Defendant. | Docket No. 1:23-CV-10456-JEK |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lakshmi Balachandra and Defendant Babson College, through their attorneys, stipulate that the above-captioned action may be dismissed in its entirety with prejudice and without attorneys' fees or costs to any party, and waiving all rights of appeal.

Respectfully submitted,

| LAKSHMI BALACHANDRA, | BABSON COLLEGE, |
|---|---|
| By her attorneys, | By their attorneys, |
| ____/s/ Monica R. Shah_____ | ____/s/ Benjamin R. Davis [by TMM]_____ |
| Monica R. Shah (BBO #6664745) | Benjamin R. Davis (BBO #673017) |
| Thomas M. Miller (BBO #708133) | Allison Dearington (*pro hac vice*) |
| Zalkind Duncan & Bernstein LLP | Jackson Lewis, P.C. |
| 65A Atlantic Avenue | 75 Park Plaza, 4th Floor |
| Boston, MA, 02110 | Boston, MA 02109 |
| Phone: (617) 742-6020 | Phone: (617) 367-0025 |
| mshah@zalkindlaw.com | benjamin.davis@jacksonlewis.com |
| tmiller@zalkindlaw.com | allison.dearington@jacksonlewis.com |

Dated:  October 11, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

      <u>/s/ Thomas M. Miller</u>